UNITED STATES of America

v.

James SANTORE, Peter Casella.
Peter Casella, Appellant.

No. 12852.

United States Court of Appeals
Third Circuit.

Argued Sept. 24, 1959.

Decided Oct. 12, 1959.

M. Gene Haeberle, Camden, N. J., for appellant.

Chester A. Weidenburner, U. S. Atty., Newark, N. J. (Daniel E. Isles, Asst. U. S. Atty., Newark, N. J., on the brief), for appellee.

Before GOODRICH, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

The defendant was convicted of violation of the anti-narcotics laws. He presented no evidence at his trial. A number of matters have been urged as a basis for reversal. We have examined and considered all the points raised and find no error of which the defendant can justifiably complain.

The judgment of the district court will be affirmed.

UNITED STATES of America ex rel.
Charles HERNANDEZ, Petitioner,

v.

WARDEN NEW YORK CITY PRISON,
Respondent.

United States Court of Appeals
Second Circuit.

Argued Oct. 5, 1959.

Decided Oct. 5, 1959.

Audrey Anderson, New York City, for petitioner.

Robert R. Reynolds, Asst. Dist. Atty., New York County, New York City, for respondent.

Before LUMBARD, WATERMAN and FRIENDLY, Circuit Judges.

PER CURIAM.

The order of the District Court denying the petition for a writ of habeas corpus is affirmed in open court and the stay is vacated.